FILED

08/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0121

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0121

_____

CITY OF WHITEFISH,

      Plaintiff and Appellee,

  v.

WILLIAM PURDY KLINK III,

      Defendant and Appellant.

_____

## ORDER

_____

      Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

      IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including September 24, 2020, within which to prepare, serve, and file the State's response.

**RB**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 20 2020